FILED
2008 Dec-17 PM 02:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **WILLIAM B. PAASEWE** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) **Civil Action Number:** |
| **v.** | ) **4:08-CV-1799-VEH-JEO** |
| | ) |
| **MICHAEL P. MUKASEY,** *et al.***,** | ) |
| | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

The petitioner, William B. Paasewe (hereinafter "Paasewe" or "the petitioner"), has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He alleges that he is being illegally detained by the respondents pending his repatriation to Liberia. (Doc. 1). The respondents have filed a motion to dismiss the case as being moot due to the fact that the petitioner was deported from the United States on December 2, 2008. (Doc. 7).

The respondents assert that due to Paasewe's deportation and repatriation to Liberia,[1] the present petition is moot in that the court cannot provide additional relief.

---

[1] The respondents have filed a copy of a declaration, made pursuant to 28 U.S.C. § 1746, of Deportation Officer David T. Pyle stating that Paasewe was removed from the United States on December 2, 2008 to his native country of Liberia. (Doc. 7 at 4, ¶ 13).

Premised on the foregoing, the respondents' motion to dismiss (doc. 7) is due to be **GRANTED**, and Sleh's petition for a writ of habeas corpus is due to be **DISMISSED** as **MOOT**.  An appropriate order will be entered.

**DONE** this the 17th day of December, 2008.

**VIRGINIA EMERSON HOPKINS**
United States District Judge